UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 08 CR 2154-L |
| Plaintiff | ) | 08 MJ 1822 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Patricio-Aguilar | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States ~~District~~/Magistrate Judge,   Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (~~Bond Posted / Case Dispos~~ed / Order of Court).

Claudia Amigon-Torres

DATED:  6/26/08

Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____         OR
            DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by
V. Lee   Deputy Clerk