UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Patricio-Aguilar ) <br> Defendant(s) ) | CRIMINAL NO. 08CR2154-L <br> 08MJ1827 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. |

On order of the United States ~~District~~/Magistrate Judge, **Ruben B. Brooks**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (~~Bond Posted~~ / ~~Case Disposed~~ / Order of Court).

M.A.D.A (a female juvenile)

DATED: 6/26/08

Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
      Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062